**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3524-24

JOSEPH KORIDEK, RKSQUARED,
LLC, derivatively through and by
JOSEPH KORIDEK, and LJK
CONNECT, LLC,

      Plaintiffs-Respondents,

v.

DENNIS RIGNEY, JBAD 75, LLC,
MIKE WAJSGRAS, WAZENET,
LLC, HITESH KSHATRIYA,
SIR ENTERPRISES, LLC, and
RKSQUARED, LLC,

      Defendants-Appellants.

_____

Submitted January 22, 2026 – Decided January 30, 2026

Before Judges Gummer and Vanek.

On appeal from the Superior Court of New Jersey, Chancery Division, Essex County, Docket No. C-000038-25.

Riker Danzig LLP, attorneys for appellants (Charles B. McKenna, of counsel; Ryan M. Dunn and Corey L. LaBrutto, on the brief).

Byrnes O'Hern & Heugle, LLC, attorneys for respondents (Sean F. Byrnes, Daniel J. O'Hern and Kyle R. Tognan, on the brief).

PER CURIAM

The parties submitted a stipulation agreeing to the dismissal of the appeal with prejudice. Accordingly, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

M.C. Harley

Clerk of the Appellate Division

A-3524-24